No. 75–630. TERMINAL FLOUR MILLS CO. ET AL. *v.* HELIX MILLING CO. C. A. 9th Cir. Certiorari denied.

No. 75–631. ALDER ET AL. *v.* SANDSTROM, CORRECTIONS DIRECTOR, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 75–635. DONOVAN ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 75–637. TAYLOR ET AL. *v.* R & A CONSTRUCTION, INC., ET AL. Ct. App. Wash. Certiorari denied.

No. 75–645. MORTON ET AL. *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 75–646. A/S ARCADIA *v.* GULF INSURANCE CO. C. A. 2d Cir. Certiorari denied.

No. 75–653. WEEKS, CHAIRMAN, DUPAGE COUNTY BOARD OF COMMISSIONERS, ET AL. *v.* CLARK, TREASURER OF DUPAGE COUNTY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–654. BENNER GLASS CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 75–660. JACOBI ET AL. *v.* BACHE & CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–687. CLARK ET AL. *v.* AMERICAN NATIONAL BANK & TRUST COMPANY OF CHATTANOOGA. Ct. App. Tenn. Certiorari denied.